IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JACOB REA'SHAW HERNDON, #199908, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CIVIL CASE NO. 3:18-CV-2958-S-BK |
| § | |
| LISA CLAYTON, ET AL., § | |
| DEFENDANTS. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff is **BARRED** by three strikes. *See* 28 U.S.C. § 1915(g).

SO ORDERED this /4th day of December, 2018.

UNITED STATES DISTRICT JUDGE